No. 81–556. GARCIA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–564. SUTHERLAND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–566. DIGGS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–575. RUIZ ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–599. HORTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–610. DIMOLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–619. BASCARO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–620. SIBERT *v.* MERIT SYSTEMS PROTECTION BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5029. MOORE *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 81–5039. DAYE *v.* NEWKIRK ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5089. GALVAN-SERNA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5097. HARDEN *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 81–5105. GREENE *v.* GRIFFIN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.